1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Laura Sims

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LAURA SIMS,                    ) Case No.: EDCV11-00662 JCG
                                  )
12         Plaintiff,              ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                )
           Defendant               )
16 _____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of $400.00 as authorized

21 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 DATE: May 9, 2012

23                                 _____
                                   THE HONORABLE JAY C. GANDHI
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Lawrence D. Rohlfing*
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Laura Sims

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26